UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PASQUALE VALENTIN,

                                  Plaintiff,

           -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
OFFICERS CARLOS CANO, SHIELD No: 19581,
MICHAEL JOHNSTON, SHIELD No: 28795, NEW YORK
CITY POLICE SERGEANT RYAN GILLIS, SHIELD No:
5086,

                                  Defendants.
-----------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

13-CV-4290 (WFK) (LB)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

*{Signatures on following page}*

Law Office of Robert Osuna, P.C.
*Attorneys for Plaintiff*
11 Park Place, Suite 600
New York, NY 10007
(212) 233-1033

By: _____
Robert Osuna
*Attorney for Plaintiff*

Dated: New York, New York
July 10, 2014

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City, Cano, Gillis,
and Johnston*
100 Church Street, Rm. 3-210
New York, New York 10007

By: _____
Odile Farrell
*Assistant Corporation Counsel*

SO ORDERED:
s/WFK

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

2